**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ERICK OBREGON-FLORES,** | |
| **Petitioner,** | Civil Action No. 25-01876 (ZNQ) |
| **v.** | **ORDER** |
| **KRISTI NOEM,** *et al.*, | |
| **Respondents.** | |

**QURAISHI, District Judge**

Before the Court is Petitioner Erick Obregon-Flores' Notice of Voluntary Dismissal, which was filed by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 7). This Court had previously screened Petitioner's habeas petition for summary dismissal and determined that dismissal of this matter prior to the filing of an answer was not warranted. This Court directed Respondents to file an answer to the petition. (ECF No. 6). The Respondents have not yet done so. Accordingly, voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is appropriate in this matter.

**IT IS THEREFORE** on this 15th day of April 2025,

**ORDERED** that the Petition (ECF No. 1) shall be **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order electronically and shall **CLOSE** the file.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**